UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JODY D. SHOCKLEY,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                Defendant. | No.  CV-11-312-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

    BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). **ECF No. 23**. Maureen Rosette represents plaintiff. Special Assistant United States Attorney Benjamin J. Groebner represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8.

    After considering the stipulated motion, ECF No. 23, **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for a de novo hearing, including:

    1. The ALJ shall consider that the claimant filed a prior claim for disability benefits which was denied by a final decision of the agency and affirmed by the District Court in civil action no. 2:04-cv-00342.

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

    2. The ALJ shall issue a new decision complying with AR 97-4(9).

    3. The claimant shall be given an opportunity for a new hearing, to submit additional evidence and to rebut the presumption of non-disability and show changed circumstances.

    4. The ALJ shall re-evaluate the severity of the claimant's mental impairments using the special technique and reassess the claimant's residual functional capacity.

    5. The ALJ will re-evaluate all the opinion evidence.

    6. If necessary, medical expert evidence may be obtained.

    7. The ALJ will obtain vocational expert testimony with respect to whether the claimant can perform other work in the national economy with the limitations assessed.

    Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

IT IS FURTHER ORDERED:

    1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 23, is **GRANTED.**

    2. Judgment shall be entered for **PLAINTIFF.**

    3. An application for attorney fees and costs may be filed by separate motion.

    4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED.**

**DATED** this 6th day of February, 2013.

                                        *s/James P. Hutton*
                                         JAMES P. HUTTON
                                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 3