1

2          **UNITED STATES DISTRICT COURT**

3          **EASTERN DISTRICT OF WASHINGTON**

4

5   JODY D. SHOCKLEY,                    )
                                         )
6              Plaintiff,                )
                                         )          NO.  CV-11-0312-JPH
7        vs.                             )
                                         )          **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                   )          **CIVIL CASE**
    Commissioner of Social Security,     )
9                                        )
               Defendant.                )
10                                       )
    _____)
11

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19          DATED this 6th day of February, 2013.

20                                      SEAN F. McAVOY
                                        Clerk of Court
21

22

23                                      by:   s/Pamela A. Howard
                                              Deputy Clerk
24

25   cc: all counsel

26